IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAIM SARWAR,

    Plaintiff,

v.                                                Civil Case No.: 1:20-cv-2829

HOTEL GUNTER 2018 LLC,

    Defendant.

## STATUS REPORT

Defendant Hotel Gunter 2018 LLC ("Hotel Gunter"), by and through its counsel, T. Lee Beeman, Jr., Jason C. Buckel, and Buckel, Levasseur, Pillai & Beeman, LLC, pursuant to the Court's Paperless Order [ECF 11] of February 4, 2021, provide the Court with the following update on the Status of this matter:

On February 5, 2021, Hotel Gunter filed its Motion to Dismiss this claim, alleging lack of Article III standing. Plaintiff's response, if any, is due February 19, 2021. *D. Md. L.R. 105.2(a)*. Plaintiff has requested that Defendant consent to stay proceedings pending decisions in the Fourth Circuit Court of Appeals in *Deborah Laufer v. Fort Meade Hospitality*, 20-2347 (appealing 8:20-cv-1974(SAG) (D.Md)) and *Deborah Laufer v. Naranda Hotels, LLC*, 20-2348 (appealing 8:20-cv-2136(SAG) (D.Md)). Defendant does not consent to a stay of proceedings.

Dated: February 11, 2021 Respectfully submitted,

                                                                     /s/_____
T. Lee Beeman, Jr., Federal Bar Number: 19613
Jason C. Buckel, Federal Bar No: 24766
Buckel, Levasseur, Pillai & Beeman, LLC
206 Washington Street
Cumberland, MD 21502
Lbeeman@blpblaw.com
blpassistant@atlanticbbn.net
Phone: (301) 759-3700   Fax: (301) 722-0334
*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2021, a true and correct copy of the foregoing was served through the CF/ECF system on all parties entitled to service.

                                                                     / s /_____
By: T. Lee Beeman, Jr., Bar No. 19613